NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP S. BOZA,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7126

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-3844, Judge Robert N. Davis.

---

**JUDGMENT**

---

ZACHARY STOLZ, Chisholm Chisholm & Kilpatrick, of Providence, Rhode Island, argued for claimant-appellant. On the brief was THEODORE C. JARVI, Law Offices of Theodore C. Jarvi, of Tempe, Arizona.

ELIZABETH M. HOSFORD, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting

Assistant Attorney General, JEANNE E. DAVIDSON, Director, TODD HUGHES, Deputy Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and JOSHUA P. MAYER, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was CLEVELAND KARREN, Attorney.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 13, 2013  |   /s/ Jan Horbaly   |
| :---: | :---: |
| Date | Jan Horbaly |
|  | Clerk |